# EXHIBIT B

FILED
6/9/2020 4:05 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Annabelle Kung

Case 5:20-cv-00946   Document 1-2   Filed 08/12/20   Page 2 of 21

## 2020CI10505

CAUSE NO. _____

| | | |
|---|---|---|
| **ADELINA RAMON,** | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | **45TH** ____ JUDICIAL DISTRICT |
| **VS.** | § | |
| **DOLLAR TREE STORES, AND** | § | |
| **JOHN DOE,** | § | |
| *Defendants* | § | **BEXAR COUNTY, TEXAS** |

### PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR RULE 194 DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiff **Adelina Ramon** ("Plaintiff"), and complains of Defendants **Dollar Tree Stores, Inc.** and **John Doe** ("Defendants"), and for cause of action would respectfully show unto the Court as follows:

### I.
### DISCOVERY CONTROL PLAN

1.    Plaintiff intends for discovery to be conducted under Level 3 of Rule 190 of the TEXAS RULES OF CIVIL PROCEDURE.

### II.
### PARTIES

2.    Plaintiff **Adelina Ramon** is an individual residing in Bexar County, San Antonio, Texas.

3.    Defendant **Dollar Tree Stores, Inc. ("Dollar Tree")** is a foreign for profit corporation authorized to business in the State of Texas and may be served with process by serving its registered agent Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, at 211 E. 7th Street, Suite 620, Austin, TX 78701 USA.

4.    Defendant **John Doe** is believed to be a Texas resident and a resident and domiciled in Bexar County, San Antonio, Texas.   John Doe was an employee for Defendant

Dollar Tree who negligently contributed to the incident while in the course and scope of their employment for Defendant Dollar Tree.  Defendant John Doe's name and address is currently unknown.

## III.
## JURISDICTION AND VENUE

5.      Venue is proper in Bexar County, Texas pursuant to Section 15.002(a)(1) of the TEXAS CIVIL PRACTICE AND REMEDIES CODE because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in Bexar County.

6.      The subject matter in controversy is within the jurisdictional limits of this court. This court has jurisdiction over the parties because the Defendants are either a Texas resident/entity, domiciled in the State of Texas, have a principal place of business in the State of Texas and/or does business in the State of Texas.

## IV.
## FACTS

7.      On September 6, 2019, Plaintiff Adelina Ramon was a business invitee on the premise and shopping at Dollar Tree store owned by Defendant Dollar Tree located at 5827 Babcock Rd, San Antonio, TX 78240.  While Plaintiff was shopping, Defendant John Doe was or had improperly and/or unsafely stocked inventory on the store shelves while in the course and scope of employment with Defendant Dollar Tree.  Plaintiff was shopping for items in the store when suddenly and, as a direct result of John Doe's negligence, multiple items and/or boxes fell from the shelves and landed on top of the Plaintiff.   As a result, Plaintiff sustain severe injuries to various parts of her body.  The unreasonably dangerous condition was created by John Doe's unsafe conduct while in the course of scope of their employment with Defendant Dollar Tree and proximately caused Plaintiff's injuries and the need for her subsequent medical treatment.

## V.
## CAUSES OF ACTION
### NEGLIGENCE AGAINST JOHN DOE

8.      The incident that made the basis of this suit and the resulting injuries and damages

to the Plaintiff were proximately and directly caused by the negligent conduct of Defendant John

Doe.

9.      Defendant John Doe acted in a negligent manner and violated the duty which they

owed the Plaintiff to exercise ordinary care.   Specifically, Defendant John Doe improperly

and/or unsafely stocked inventory on the store shelves for Defendant Dollar Tree in a manner

that posed an unreasonable risk of harm to Plaintiff.   Defendant John Doe stacked the inventory

and/or boxes in the shelves in a manner that allowed the inventory to easily fall and injure

shoppers, such as the Plaintiff.   Defendant John Doe was also in the course and scope of

employment for Defendant Dollar Tree at the time John Doe engaged in their negligent conduct,

which proximately caused the incident.

## V.
## CAUSES OF ACTION
### DOLLAR TREE

10.     On the occasion in question, Defendant Dollar Tree, and their agents, servants, and

employees were negligent towards the Plaintiff in the following respects:

  a.    Failing to warn invitees, including the Plaintiff, of the hazards of an
        unreasonably dangerous condition on Defendants' premises;

  b.    Failure to inspect the premises and maintain it from dangerous hazards on the
        store shelves;

  c.    Allowing a dangerous condition to exist, so that Plaintiff would be injured by
        improperly stocked inventory;

  d.    Failing to provide for the safety of Plaintiff under the circumstances;

  e.    Failing to warn invitees, including Plaintiff, that the area in question should

be approached with caution;

f.    Negligently maintaining the area in question in such a way so as to constitute a negligent activity;

g.    Failing to warn invitees, including the Plaintiff, that there was a dangerous condition which required extra care to be taken while walking through that area;

h.    Failing to maintain the premises in a reasonably safe condition for Plaintiff and other invitees; and

i.    Failing to remove the dangerous condition or warn of its existence.

11.    Further, Defendant Dollar Tree is liable under the doctrine of *respondeat superior* in that Defendant John Doe was acting while in the course and scope of employment with the Defendant Dollar Tree when John Doe's negligent conduct occurred.

12.    Additionally, Defendant Dollar was negligent for negligently hiring John Doe, negligent training and supervision of John Doe, and negligent retention of Defendant John doe.

13.    Each and all of the Defendants foregoing acts and or omissions were negligent and constituted negligence, and were each and all the proximate cause of the incident which forms the basis of this suit, and were a proximate cause of Plaintiff's injuries and damages.

## PREMISES LIABILITY

14.    Plaintiff was an invitee on the premises, because she entered the premises with Defendant Dollar Tree's knowledge and for its economic benefit. As such, Defendant Dollar Tree owed Plaintiff a duty of ordinary care to adequately warn her of conditions on the premises posing an unreasonable risk of harm or to make the condition reasonably safe. Defendant knew or should have known that items were improperly and/or unsafely stocked on the store shelves by Defendant John Doe, such that it created a dangerous condition, posing an unreasonable risk of harm to the

Plaintiff and others similarly situated.  Defendant breached their duty of ordinary care to Plaintiff by both failing to warn the Plaintiff of the condition and failing to make the condition reasonably safe.

15.     Plaintiff was an invitee and the Defendants had actual or constructive knowledge of this condition of the premises and the improperly stocked inventory posed an unreasonable risk of harm.  Defendants failed to exercise reasonable care to reduce or eliminate the risk and the Defendants' failure to use such care proximately caused the Plaintiff's injury.

## GROSS NEGLIGENCE

16.     Defendants negligent conduct was more than momentary thoughtlessness or inadvertence.  Rather, Defendants conduct involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff.  Defendants had actual, subjective awareness of the risk involved but, nevertheless, proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others similarly situated.  Specifically, Defendants did not safeguard the premises.  Further, Plaintiff was injured because Defendants were grossly negligent in the following respects:

a.     Failing to warn invitees, including Plaintiff, of the hazards of an unreasonably dangerous condition on Defendants' premises;

b.     Failing to properly maintain area in a reasonably safe condition for Plaintiff and other invitees;

c.     Failing to inspect the area for dangerous conditions;

d.     Failing to remove the dangerous condition or warn of its existence;

e.     Failing to provide warning signs, tape, or barriers warning of the dangerous condition;

## VI.
## PROXIMATE CAUSE

17.     Each and every, all and singular of the foregoing acts and omissions, on the part of Defendants, taken separately and/or collectively, constitutes a direct and proximate cause of the injuries and damages set forth below.

18.     Each of the Defendants acts and omissions, singularly and or in any combination with others, constitute negligence which proximately caused the dangerous condition and caused Plaintiff's injuries and other losses as specifically set forth, all of which Plaintiff suffered and which he will continue to suffer in the future, if not for the remainder of her natural life.

## VII.
## DAMAGES

19.     As a direct and proximate result of the incident and the negligent conduct of the Defendants, Plaintiff Adelina Ramon suffered severe bodily injuries to her neck, back, legs and other parts of her body generally.  The injuries are permanent in nature.  The injuries have had a serious effect on the Plaintiff's health and well-being.  Some of the effects are permanent and will abide with the Plaintiff for a long time into the future, if not for her entire life.  These specific injuries and their ill effects have, in turn, caused the Plaintiff's physical and mental condition to deteriorate generally and the specific injuries and ill effects alleged have caused and will, in all reasonable probability, cause the Plaintiff to suffer consequences and ill effects of this deterioration throughout her body for a long time in the future, if not for the balance of her natural life.  As a further result of the nature and consequences of her injuries, Plaintiff suffered great physical and mental pain, suffering and anguish and in all reasonable probability, will continue to suffer in this manner for a long time into the future, if not for the balance of her natural life.

20.     Additionally, as a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to incur the following damages:

a.  Reasonable medical care and expenses in the past;

b.  Reasonable and necessary medical care and expenses, which will, in all reasonable probability be incurred in the future;

c.  Physical pain and suffering in the past;

d.  Physical pain and suffering, which will, in all reasonable probability be suffered in the future;

e.  Physical impairment and disability in the past;

f.  Physical impairment and disability, which will, in all reasonable probability be suffered in the future;

g.  Lost wages in the past;

h.  Loss of wage earning capacity, in the past and the future;

i.  Mental anguish in the past;

j.  Mental anguish which will, in all reasonable probability, be suffered in the future;

k.  Physical disfigurement in the past, and which will, in all reasonable probability, be suffered in the future.

21.  As a result, the damages sought are in excess of one million dollar ($1,000.000.00). The maximum amount of damages sought is three million dollars ($3,000,000.00).

## VII.
## REQUEST FOR DISCLOSURE

22.  Pursuant to Rule 194 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants are requested to disclose within fifty (50) days after service of the citation and petition the information or material described in Rule 194.2 (a) through (l).

## IX.
## JURY DEMAND

23.  Plaintiff demands a jury trial and tenders the appropriate fee.

## X.

## REQUEST FOR DISCLOSURE

24.     Pursuant to RULE 194 of the TEXAS RULES OF CIVIL PROCEDURE, the Defendants are requested to disclose, within fifty (50) days of service hereof, the information and material described in each section of RULE 194.2.

## XI.
## NOTICE OF SELF-AUTHENTICATION

25.     Pursuant to RULE 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, the Defendants are hereby noticed that the production of any document in response to written discovery authenticates the document for use against that party in any pretrial proceeding or at trial.

## PRAYER

Plaintiff Adelina Ramon respectfully prays that the Defendants be cited to appear and answer herein, and that upon final hearing of this cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for actual compensatory damages and exemplary damages, in an amount within the jurisdictional limits of this Court, together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law, post-judgment interest at the legal rate, costs of court, and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully Submitted,

LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Phone: (361)-985-0600
Fax: (361)-985-0601

By: /s/ Phillip Ripper
     Phillip Ripper
     SBN: 24085866
     pripper-svc@thomasjhenrylaw.com
     ATTORNEYS FOR PLAINTIFF

*service by email to this address only



CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, MARY ANGIE GARCIA, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY. WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*August 06, 2020*

**MARY ANGIE GARCIA**
**BEXAR COUNTY, TEXAS**

By: _____

ERIC GLORIA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERK'S ORIGINAL SIGNATURE.)*

FILED
6/26/2020 5:01 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Annabelle Kung



Cause Number: 2020CI10505

District Court : 45TH

# MARY ANGIE GARCIA
## Bexar County District Clerk

cit pps  w/jd

## Request for Process

Style: ADELINA RAMON _____ Vs. DOLLAR TREE STORES, AND JOHN DOE

Request the following process: (Please check all that Apply)
- ■ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
- ☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept without a hearing ☐ Writ of Attachment
- ☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
Name: DOLLAR TREE STORES
Registered Agent/By Serving: CSC LAWYERS INCORPORATING SERVICE COMPANY
Address 211 E. 7TH STREET, SUITE 620, AUSTIN,TX 78701
Service Type: (Check One) ■ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct___
(Pct. 3 serves process countywide)

**2.**
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct___
(Pct. 3 serves process countywide)

**3.**
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct___
(Pct. 3 serves process countywide)

**4.**
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct___
(Pct. 3 serves process countywide)

Title of Document/Pleading to be Attached to Process: PLAINTIFF'S ORIGINAL PETITION

Name of Attorney/Pro se: PHILLIP RIPPER   Bar Number: 24085866
Address: LAW OFFICES OF THOMAS J. HENRY   Phone Number: (361) 985-0600
521 STARR STREET, CORPUS CHRISTI,TX 78401

Attorney for Plaintiff X _____ Defendant _____ Other _____

**\*\*\*\*IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED\*\*\*\***

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, MARY ANGIE GARCIA, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY.  WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*August 06, 2020*

**MARY ANGIE GARCIA**
**BEXAR COUNTY, TEXAS**

By:

ERIC GLORIA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERK'S ORIGINAL SIGNATURE.)*

FILED   ·
8/3/2020 10:31 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Michael Yanas

## CAUSE NO. 2020CI10505

| | | |
|---|---|---|
| **ADELINA RAMON,** | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| **DOLLAR TREE STORES and** | § | |
| **JOHN DOE,** | § | |
| *Defendants.* | § | 45th JUDICIAL DISTRICT |

---

### DEFENDANT DOLLAR TREE STORES, INC.'S
### ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION
### AND DEMAND FOR A JURY TRIAL

---

DOLLAR TREE STORES, INC. (one of the Defendants herein and hereinafter referred to as "Defendant") files its Original Answer to Plaintiff's Original Petition and Demand for a Jury Trial as follows:

### I.
### GENERAL DENIAL

1.     Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

### II.
### JURY DEMAND

2.     In accordance with Rule 216 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant demands a trial by jury and hereby tenders the applicable jury fee.

---

Case Number: 2020CI10505
DOC#73239167 79656.00061

Document Type: ORIGINAL ANSWER AND DEMAND FOR A JURY TRIAL

### III.
### PRAYER FOR RELIEF

3.      Defendant prays that Plaintiff take nothing by this lawsuit, that Defendant go hence with its costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900 / Fax: 214.379.6939

By:  ___/s/ Robin R. Gant_____
            Zach T. Mayer
            State Bar No. 24013118
            E-Mail: zmayer@mayerllp.com
            Robin R. Gant
            State Bar No. 24069754
            E-Mail: rgant@mayerllp.com
            Mavish Bana
            State Bar No.24096653
            E-Mail: mbana@mayerllp.com

            **ATTORNEYS FOR DEFENDANT**
            **DOLLAR TREE STORES, INC.**

RAMON/DEFENDANT DOLLAR TREE STORES, INC.'S ORIGINAL ANSWER TO
PLAINTIFF'S ORIGINAL PETITION AND DEMAND FOR A JURY TRIAL                    PAGE | 2
DOC #7323916779656.00061

Case Number: 2020CI11809                    Document Type: ORIGINAL ANSWER AND DEMAND FOR A JURY TRIAL                    Page 2 of 3

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on this 3rd day of August 2020, a true and correct copy of the foregoing document was served on counsel of record as follows:

Phillip Ripper
LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401

*Counsel for Plaintiff*

☐E-MAIL (PRIPPER-SVC@THOMASJHENRYLAW.COM)
☐HAND DELIVERY
☐FACSIMILE
☐OVERNIGHT MAIL
☐REGULAR, FIRST CLASS MAIL
☒E-SERVE AND FILE
☐E-SERVICE ONLY
☐CERTIFIED MAIL/RETURN RECEIPT REQUESTED

_____/s/ Robin R. Gant_____
Robin R. Gant

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, MARY ANGIE GARCIA, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY.  WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

**August 06, 2020**

**MARY ANGIE GARCIA**
**BEXAR COUNTY, TEXAS**

By: _____

ERIC GLORIA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERK'S ORIGINAL SIGNATURE.)*

PRIVATE PROCESS

Case Number: 2020-CI-10505



2020CI10505 S00001

**ADELINA RAMON**

VS.

**DOLLAR TREE STORES INC ET AL**

(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
45th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS



**CITATION**

"THE STATE OF TEXAS"

Directed To:   DOLLAR TREE STORES INC

BY SERVING ITS REGISTERED AGENT, CORP SERVICE COM DBA CSC-LAWYERS INCORP SERVICE
CO

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION AND REQUESTS FOR RULE 194 DISCLOSURES , a default judgment may be taken against you." Said ORIGINAL PETITION AND REQUESTS FOR RULE 194 DISCLOSURES  was filed on the  9th day of June, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF JULY A.D., 2020.

PHILLIP C RIPPER
ATTORNEY FOR PLAINTIFF
5711 UNIVERSITY HTS 101
SAN ANTONIO, TX 78249-3555



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Laura Castillo*, Deputy

| ADELINA RAMON<br>VS<br>DOLLAR TREE STORES INC ET AL | **Officer's Return** | Case Number: 2020-CI-10505<br>Court: 45th Judicial District Court |
|---|---|---|

I received this CITATION on _____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION AND REQUESTS FOR RULE 194 DISCLOSURES  the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

Case Number: 2020CI10505        Document Type: CITATION        Page 1 of 2

FILE COPY (DK002)

**DOCUMENT SCANNED AS FILED**

FILED
7/21/? ?0 10:06 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Eva Garcia

PRIVATE PROCESS

Case Number: 2020-CI-10505



2020CI10505 S00001

**ADELINA RAMON**

**VS.**

**DOLLAR TREE STORES INC ET AL**

(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
45th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**CITATION**

*"THE STATE OF TEXAS"*

Directed To:   DOLLAR TREE STORES INC

BY SERVING ITS REGISTERED AGENT, CORP SERVICE COM DBA CSC-LAWYERS INCORPORATING SERVICE
CO

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk  who issued this
citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL
PETITION AND REQUESTS FOR RULE 194 DISCLOSURES , a default judgment may be taken against you." Said ORIGINAL PETITION
AND REQUESTS FOR RULE 194 DISCLOSURES  was filed on the  9th day of June, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  6TH DAY OF JULY A.D., 2020.

PHILLIP C RIPPER
ATTORNEY FOR PLAINTIFF
5711 UNIVERSITY HTS 101
SAN ANTONIO, TX 78249-3555



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Laura Castillo*, Deputy

---

ADELINA RAMON
VS
DOLLAR TREE STORES INC ET AL

**Officer's Return**

Case Number: 2020-CI-10505
Court:  45th Judicial District Court

I received this CITATION on _____ at _____ o'clock ___M. and:(  ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION AND

REQUESTS FOR RULE 194 DISCLOSURES  the date of delivery endorsed on it to the defendant, _____, in person on the

_____ at _____ o'clock ___M. at:_____ or  (   )  not  executed  because

_____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is

_____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on

the _____ day of_____, 20_____.

Case Number: 2020CI10505

Document Type: RETURNED CITATION
Declarant

Page 1 of 3

RETURN TO COURT (DK002)



# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Bexar**                    **45th Judicial District Court**

Case Number: 2020CI10505



Plaintiff:
**ADELINA RAMON**

vs.

Defendant:
**DOLLAR TREE STORES, AND JOHN DOE,**

For:
Phillip Ripper
Law Office of Thomas J. Henry
521 Starr St
Corpus Christi, TX 78401

Received by Pronto Process (San Antonio) on the **10th** day of **July, 2020** at 6:01 pm to be served on DOLLAR TREE STORES INC BY SERVING IT REGISTERED AGENT CORP SERVICE COM DBA CSC LAWYERS INCORPORATING SERVICE COMPANY, **211 E.7TH STREET, SUITE 620, AUSTIN, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **13th day of July, 2020** at **1:25 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **CITATION /PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR RULE 194 DISCLOSURES** with the date of service endorsed thereon by me, to: **Samantha Guerra, CORP SERVICE COM DBA CSC LAWYERS INCORPORATING SERVICE COMPANY as Authorized Agent** at the address of: **211 E.7TH STREET, SUITE 620, AUSTIN, TX 78701** on behalf of **DOLLAR TREE STORES INC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 13th day
of July, 2020 by the affiant who is personally known
to me.

_Marie Henry_
NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

**Mike Techow**
PSC-1215, Exp. 7/31/20

**Pronto Process (San Antonio)**
P.O. Box 7819
San Antonio, TX 78207
(210) 226-7192

Our Job Serial Number: BBW-2020005897
Ref: 2020CI10505

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, MARY ANGIE GARCIA, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY.  WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*August 06, 2020*

**MARY ANGIE GARCIA**
**BEXAR COUNTY, TEXAS**

By: _____

ERIC GLORIA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERK'S ORIGINAL SIGNATURE.)*

Case Number: 2020CI10505          Document Type: RETURNED CITATION          Page 3 of 3